**No. 59803.**—John V. Carr & Son *v.* United States, protest 194254–K (Detroit).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.